■ SEAN COUGHLIN, Respondent, v TIMOTHY S. CORBETT, Appellant. [675 NYS2d 877] —In a negligence action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Nassau County (Lockman, J.), dated August 13, 1997, which denied his motion for summary judgment dismissing the complaint.

Ordered that the order is reversed, on the law, with costs, the motion is granted, and the complaint is dismissed.

The record does not reveal the existence of any triable issues of fact which would warrant the denial of summary judgment to the defendant. Rosenblatt, J. P., Sullivan, Joy, Altman and Luciano, JJ., concur.

■ IRENEUSZ CZAJKOWSKI et al., Respondents, v KARAM V. DUGGAL et al., Appellants, et al., Defendant. (And a Third-Party Action.) [675 NYS2d 875] —In an action to recover damages for personal injuries, the defendants Karam V. Duggal and Neena Duggal appeal from an order of the Supreme Court, Kings County (G. Aronin, J.), dated July 8, 1997, which granted the plaintiffs' ex parte motion to amend the caption of the action.

Ordered that the appeal is dismissed, without costs or disbursements.

No appeal lies from an order issued ex parte (*see, Violante v Berkowitz,* 90 AD2d 837). Bracken, J. P., Copertino, Santucci, Florio and McGinity, JJ., concur.